**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                   CASE NO. 3:08-cr-256-J-32HTS

QUINTIN TYRONNE ANDERSON

---

**ORDER**

This case is before the Court on the Motion to Suppress Physical Evidence (Doc. 23). After conducting an evidentiary hearing on two dates (October 1st and 7th, 2008), the Magistrate Judge entered a Report and Recommendation (Doc. 45) recommending denial of the Motion to Suppress concerning the issues of whether there was probable cause for the traffic stop and whether the scope and duration of the detention before arrest exceeded constitutional limits.  The Magistrate Judge then conducted a further evidentiary hearing on October 17, 2008 and entered another Report and Recommendation (Doc. 51) recommending denial of the Motion to Suppress concerning the issue of the reliability of the canine used to detect drugs in the subject vehicle.  Defendant filed an objection to the Reports and Recommendation of the Magistrate Judge (Doc. 52) and the government responded to the objection (Doc. 53).

The Court has now conducted a de novo review of the Motion to Suppress, reviewing the transcripts of the hearing and considering all legal arguments.  It is hereby

**ORDERED:**

1.  Defendant's objection to Report and Recommendation (Doc. 52) is **OVERRULED.**  The Court hereby adopts the two Reports and Recommendation (Docs. 45 and 51) as the opinion of the Court.

2.  Defendant's Motion to Suppress Physical Evidence (Doc. 23) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 15th day of December, 2008.

_____
TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Hon. Howard T. Snyder, U.S. Magistrate Judge
Dineen A. Baker, AUSA
A. Russell Smith, Esquire
U.S. Probation
U.S. Pretrial
U.S. Marshal Service